ARTHUR W. CURLEY, BAR NO. 60902
MARK R. GIBSON, BAR NO. 212222
BRADLEY, CURLEY, BARRABEE, & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
HIEN N. PHAM and JENNIFER N. PHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HERTA CARTAGENA, | ) No. 1:16-cv-01486-AWI-EPG |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME FOR DEFENDANTS HIEN N. PHAM AND JENNIFER N. PHAM TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | ) |
| HIEN N. PHAM and JENNIFER N. PHAM, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants HIEN N. PHAM and JENNIFER N. PHAM may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for said Defendants to answer or otherwise respond to Plaintiff's Complaint is Thursday, November 17, 2016.

Good cause exists for this extension as defense counsel requires additional time to become sufficiently knowledgeable about this action to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this

1   regard, counsel for the aforementioned Defendants attests as follows: (1) the contents of this
2   document are acceptable to all persons required to sign the document; (2) Plaintiff's counsel has
3   concurred with the filing of this document; and (3) a record supporting this concurrence is
4   available for inspection or production, if so ordered by this Court.

5                                              Respectfully submitted,

7   Dated: October 28, 2016                    BRADLEY, CURLEY, BARRABEE, &
                                                KOWALSKI, P.C.

9                                              By:_____/s/_____
                                                MARK R. GIBSON
10                                              Attorneys for Defendants
                                                HIEN N. PHAM and JENNIFER N. PHAM

12  Dated: October 28, 2016                    LAYNE HAYDEN ATTORNEY AT LAW

15                                             By:_____/s/_____
                                                LAYNE ERIC HAYDEN
                                                Attorneys for Plaintiff
16                                              HERTA CARTAGENA

**ORDER**

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.** Defendants HIEN N. PHAM and JENNIFER N. PHAM should answer or otherwise respond to the Complaint filed by Plaintiff on or before Thursday, November 17, 2016.

IT IS SO ORDERED.

Dated: __October 31, 2016__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE