# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA CARTAGENA,<br><br>                  Plaintiff,<br><br>         v.<br><br>HIEN N. PHAM, JENNIFER N. PHAM,<br><br>                  Defendants. | **Case No.  1:16-cv-01486-AWI-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 13) |

On January 5, 2017, the parties filed a stipulation of dismissal dismissing this case with prejudice. (ECF No. 13.) The stipulation was signed by all parties. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **January 9, 2017**                                    /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

1